No. 130. NIUKKANEN, ALIAS MACKIE, *v.* McALEX-
ANDER, ACTING DISTRICT DIRECTOR, IMMIGRATION AND
NATURALIZATION SERVICE. Certiorari, 361 U. S. 808, to
the United States Court of Appeals for the Ninth Circuit.
The motion of National Lawyers Guild for leave to file
brief, as *amicus curiae,* is denied. *Osmond K. Fraenkel*
and *Leonard B. Boudin* for movant.

No. 541. SHELTON ET AL. *v.* McKINLEY ET AL. Appeal
from the United States District Court for the Eastern
District of Arkansas. Probable jurisdiction noted. *J. R.
Booker, Robert L. Carter, George Howard, Jr.* and *Frank
D. Reeves* for appellants.

No. 569. RUSKIN, TRUSTEE UNDER COLLATERAL AGREE-
MENT, *v.* GRIFFITHS, TRUSTEE IN REORGANIZATION OF
GENERAL STORES CORP.; and

No. 592. GRIFFITHS, TRUSTEE IN REORGANIZATION OF
GENERAL STORES CORP., *v.* RUSKIN, TRUSTEE UNDER COL-
LATERAL AGREEMENT. Petitions for writ of certiorari to
the United States Court of Appeals for the Second Circuit
denied. *Harry H. Ruskin* and *Joseph Rosenbaum* for
Ruskin, Trustee. *Arthur F. Gaynor* for Griffiths, Trustee.
*Solicitor General Rankin, Thomas G. Meeker* and *David
Ferber* filed a brief in No. 569 for the Securities and
Exchange Commission in opposition. Reported below:
269 F. 2d 827.